

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-19-00059-CR

---

JACK LAMAR TAYLOR, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court No. 0908137D

---

Before Pittman, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

Appellant Jack Lamar Taylor, also known as Michael Taylor, attempts to appeal his May 2004 burglary conviction and sentence. Because we have no jurisdiction, we dismiss this appeal.

A repeat offender, Appellant pled guilty to burglary of a habitation in exchange for an eight-year sentence. *See* Tex. Penal Code Ann. §§ 12.42(b), 30.02(a)(1), (c)(2). The trial court convicted and sentenced Appellant on May 5, 2004, and he did not file a motion for new trial. Accordingly, Appellant's notice of appeal was due by June 4, 2004, but he did not file it until February 7, 2019. *See* Tex. R. App. P. 26.2(a) (providing that a notice of appeal must be filed within thirty days of sentencing absent a timely motion for new trial). Appellant's notice of appeal was therefore filed more than fourteen years too late. *See id.*

We informed Appellant by letter of our concern that we lack jurisdiction over this appeal because his notice of appeal was untimely filed. *See* Tex. R. App. P. 26.2(a). We stated that the appeal would be subject to dismissal absent a response showing grounds for continuing it. We have not received a response.

A notice of appeal that complies with the requirements of rule 26 is essential to vest this court with jurisdiction over an appeal. *See* Tex. R. App. P. 26.2. The Texas Court of Criminal Appeals has expressly held that without a timely filed notice of appeal, we cannot exercise jurisdiction over an appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

Because Appellant filed his pro se notice of appeal too late, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: April 11, 2019